**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| ROBERT D. DEY,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DITECH FINANCIAL, LLC, and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-00502-RFB-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Robert D. Dey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 19, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 11, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to

answer or otherwise respond to Plaintiff's Complaint up to and including May 11, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED this 5th day of April, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

    /s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

DATED this 5th day of April, 2018

**KNEPPER & CLARK LLC**

    /s/ *Miles N. Clark*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyanne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Counsel for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that Trans Union has up to and including May 11, 2018, in which to answer or otherwise respond to Plaintiff's Complaint

Dated this  9th  day of APRIL, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4847-5563-7089.1

2