Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. DEY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; and TRANS UNION LLC,<br><br>Defendant. | Case No.: 2:18-cv-00502-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Robert D. Dey ("Plaintiff"), by and through his counsel of record, and Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On March 19, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On May 11, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 12].

3. On May 25, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 17].

4. On June 4, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 19].

5. Plaintiff's Response is due June 18, 2018.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response twenty-one days in order to allow the parties to discuss possible resolution of this matter. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 9, 2018**. This is the first request

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

for seeking an extension and is not made for purposes of delay.

**IT IS SO STIPULATED**.
June 15, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| 10040 W. Cheyanne Ave., Suite 170-109 | Email: jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | *Counsel for Defendant Trans Union LLC* |
| matthew.knepper@knepperclark.com | |
| miles.clark@knepperclark.com | |
| | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |
| **NAYLOR & BRASTER** | **WOLFE & WYMAN LLP** |
| /s/ *Andrew J. Sharples* | /s/ *Andrew S. Bao* |
| Jennifer L. Braster, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 9982 | Nevada Bar No. 10508 |
| Andrew J. Sharples, Esq. | 6757 Spencer Street |
| Nevada Bar No. 12866 | Las Vegas, NV 89119 |
| 1050 Indigo Drive, Suite 200 | Email: aabao@wolfewyman.com |
| Las Vegas, NV 89145 | *Counsel for Defendant Ditech Financial, LLC* |
| Email: jbraster@nblawnv.com | |
| Email: asharples@nblawnv.com | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of June, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3