Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. DEY,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00502-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

　　　Plaintiff Robert D. Dey and Defendant Experian Information Solutions, Inc., hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.** Each party shall bear its own attorney's fees and costs of suit.

IT IS SO STIPULATED.

Dated October 1, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason G. Revzin* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant Trans Union LLC* |
| **NAYLOR & BRASTER** | **WOLFE & WYMAN LLP** |
| /s/ *Andrew J. Sharples* | /s/ *Andrew S. Bao* |
| Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | Andrew A. Bao, Esq.<br>Nevada Bar No. 10508<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>Email: aabao@wolfewyman.com<br>*Counsel for Defendant Ditech Financial, LLC* |

*///*

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 2

*Robert Dey v. Experian Information Solutions, Inc. et al*
*Case No. 2:18-cv-00502-RFB-CWH*

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  2nd  day of  October,  2018.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 3