Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. DEY, | Case No.: 2:18-cv-00502-RFB-CWH |
| Plaintiff, | |
| VS. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; and TRANS UNION LLC, | |
| Defendants. | |

Plaintiff Robert D. Dey and Defendant Trans Union LLC, hereby stipulate and agree that

the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

(a)(2) as to, and **ONLY as to, TRANS UNION LLC.** Each party shall bear its own attorney's

fees and costs of suit.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY - 1

IT IS SO STIPULATED.

Dated October 3, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason G. Revzin* |
| Matthew I. Knepper, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| 10040 W. Cheyanne Ave., Suite 170-109 | Email: jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | |
| matthew.knepper@knepperclark.com | *Counsel for Defendant Trans Union LLC* |
| miles.clark@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |
| **NAYLOR & BRASTER** | **WOLFE & WYMAN LLP** |
| /s/ *Andrew J. Sharples* | /s/ *Andrew S. Bao* |
| Jennifer L. Braster, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 9982 | Nevada Bar No. 10508 |
| Andrew J. Sharples, Esq. | 6757 Spencer Street |
| Nevada Bar No. 12866 | Las Vegas, NV 89119 |
| 1050 Indigo Drive, Suite 200 | Email: aabao@wolfewyman.com |
| Las Vegas, NV 89145 | *Counsel for Defendant Ditech Financial, LLC* |
| Email: jbraster@nblawnv.com | |
| Email: asharples@nblawnv.com | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

*///*

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY
- 2

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this  3rd  day of  October,  2018.