**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. DEY and KATHLEEN C. DEY,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; and TRANS UNION LLC,<br><br>Defendants. | CASE NO.: 2:18-cv-00502-RFB-CWH<br>*(Consolidated with 2:18-cv-0503-APG-NJK)*<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT DITECH FINANCIAL LLC** |

**TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD**:

**IT IS HEREBY STIPULATED** by and between Plaintiffs ROBERT D. DEY and KATHLEEN C. DEY and Defendant, DITECH FINANCIAL, LLC, by and through their undersigned counsel of record herein, as follows:

1.  On February 25, 2019, Defendant DITECH FINANCIAL, LLC caused to be filed in this present matter a Notice of Bankruptcy to inform the Court and the parties of Ditech's bankruptcy cases and the automatic stay imposed by section 362 of the Bankruptcy Code. On March 5, 2019, an Amended Notice of Bankruptcy was also filed.

2.  On September 26, 2019, the Bankruptcy Court entered the Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors approving the terms of the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors.

3.  The Plan contains a permanent injunction that specifically prohibits parties from,

1

3512429.1

among other things, taking actions inconsistent with the Plan, including, as relevant here, forever prosecuting any action against Ditech for monetary recovery on account of any claim arising prior to the closing of the transactions under the Plan—September 30, 2019.

4. Therefore, the above-captioned action including all claims and all causes of action therein be and hereby is dismissed with prejudice as to Defendant, DITECH FINANCIAL, LLC pursuant to Federal Rules of Civil Procedure, Rule 41.

**IT IS SO STIPULATED**

DATED: December 10, 2019  KNEPPER & CLARK, LLC

By: */s/Miles N. Clark*
MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
5510 S. Fort Apache Rd, Suite 30
Las Vegas, Nevada 89148Attorneys for Plaintiffs

DATED: December 10, 2019  WOLFE & WYMAN LLP

By: */s/Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
6757 Spencer Street
Las Vegas, Nevada 89119
Attorneys for Defendant
**DITECH FINANCIAL LLC**

3512429.1

**ORDER**

For good cause, the Court hereby grants the parties' stipulation to dismiss Defendant DITECH FINANCIAL LLC with prejudice from Plaintiffs' Complaint. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED this 11th day of December, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3512429.1

**CERTIFICATE OF MAILING**

On December 10, 2019, I served the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT DITECH FINANCIAL LLC**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

| | |
|---|---|
| Matthew I. Knepper<br>Matthew.knepper@knepperclark.com<br>Miles N. Clark<br>Miles.clark@knepperclark.com<br>Knepper & Clark, LLC<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, Nevada 89148<br>Telephone: (702) 856-7430<br>Fax: (702) 447-8048<br>*And*<br>David H. Krieger<br>dkrieger@hainesandkrieger.com<br>Haines & Krieger, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>(702) 383-5518 Fax<br>***Counsel for Plaintiffs*** | Jennifer L. Braster<br>jbraster@naylorandbrasterlaw.com<br>Andrew J. Sharples<br>asharples@naylorandbrasterlaw.com<br>Naylor and Braster<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145<br>(702) 420-7000<br>(702) 420-7001 Fax<br>***Counsel for Experian Information Solutions, Inc.*** |

Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

                                            */s/ Jamie Soquena*
                                            Jamie Soquena
                                            An employee of Wolfe & Wyman LLP

3512429.1